1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7019
7      FAX: (415) 436-7234
       andrew.dawson@usdoj.gov
8
   Attorneys for United States of America
9
                     UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,              ) CASE NO. 3:22-mj-70962-MAG-1
                                            )
14 |     Plaintiff,                         ) **DETENTION ORDER**
                                            )
15 |   v.                                   )
                                            )
16 | BRAIDEN WILLIAMS,                      )
                                            )
17 |     Defendant.                         )
                                            )
18

19     On July 25, 2022, Defendant Williams was charged by complaint with conspiring to access a

20 computer without authorization and thereby obtain information from a protected computer, in violation

21 of Title 18, United States Code, Section 371. On August 12, 2022, this Court entered an order

22 modifying Defendant Williams' bond and included a condition that Defendant not access the Internet.

23     On November 10, 2022, this Court issued a warrant for Defendant's arrest in light of his arrest in

24 Kansas by state authorities for violations of state law. This matter came before the Court on February

25 16, 2023, for a detention hearing. The defendant was present via Zoom and represented by Elisse

26 Larouche. The defendant is presently in custody in the District of Kansas. Assistant United States

27 Attorney Andrew F. Dawson appeared for the government. At the hearing, counsel submitted proffers

28 and arguments regarding detention.

1    Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds (1) by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required, and (2) by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.  Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its conclusion:  First, the Court finds that the Defendant's conduct engaging in a high-speed chase posed a significant danger to himself and others.  Second, the Court finds that the Defendant did not make a sincere attempt to abide by the conditions of his release, and that the Court therefore cannot be confident that any combination of conditions will protect the public and ensure his appearance at future hearings.  These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1.    The defendant be transported by the United States Marshals from the District of Kansas to the Northern District of California.

2.    The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3.    The defendant be afforded reasonable opportunity for private consultation with counsel; and

/ / /
/ / /
/ / /
/ / /
/ / /

1    4.	On order of a court of the United States or on request of an attorney for the government,
2 the person in charge of the corrections facility in which the defendant is confined shall deliver the
3 defendant to an authorized United States Marshal for the purpose of any appearance in connection with a
4 court proceeding.
5    IT IS SO ORDERED.
6
7  DATED: February 17, 2023



    HONORABLE SALLIE KIM
    United States Magistrate Judge