1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  HELEN L. GILBERT (NYBN 4736336)
   Assistant United States Attorneys
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Helen.Gilbert@usdoj.gov
8
   Attorneys for United States of America
9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,      ) NO. CR 3:22-MJ-70962 MAG
                                    )
14 |     Plaintiff,                 ) STIPULATION CONTINUING STATUS
                                    ) CONFERENCE, EXCLUDING TIME AND
15 |   v.                           ) [PROPOSED] ORDER
                                    )
16 | BRAIDEN CAROLL WILLIAMS,       )
                                    )
17 |     Defendant.                 )
                                    )
18

19
        The United States and defendant Braiden Caroll Williams, by and through their respective
20
   counsel, hereby stipulate as follows:
21
        1.    A status conference is scheduled in this case for July 16, 2024.
22
        2.    The defendant was previously ordered transported to the Eastern District of Pennsylvania
23
   in light of separate charges being filed in that district, where he remains in custody.
24
        3.    The parties intend to engage in discussions regarding a possible global resolution in this
25
   matter, to encompass both charges filed in this matter and charges filed in the Eastern District of
26
   Pennsylvania.
27
        4.    In light of this posture, the parties hereby stipulate and agree that the upcoming status
28

STIPULATION EXCLUDING TIME AND [PROPOSED] ORDER
Case No. CR 3-22-MJ-70962 MAG

conference should be continued by approximately 120 days. The parties propose that the status conference be set on the duty calendar on November 13, 2024.

5. Further, the parties jointly stipulate to exclude the time between July 16, 2024, and November 13, 2024, from the time in which defendant must be brought to trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3131 *et al.* Defense counsel continues to review discovery produced by the United States and anticipates requiring additional time to review discovery and advise the defendant regarding a possible resolution in this matter, particularly given the separate pending charges in the Eastern District of Pennsylvania. For this reason, the parties agree that excluding time until November 13, 2024, will allow for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from July 16, 2024, through November 13, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: July 15, 2024
       /s/
HELEN L. GILBERT
Assistant United States Attorney

DATED: July 15, 2024
       /s/
ELIZABETH FALK
Counsel for Defendant Braiden Williams

Attestation of Filer

In addition to myself, the other signatories to this document is Elizabeth Falk. I attest that I have her permission to enter a conformed signature on her behalf and to file this document.

DATED:  July 15, 2024
       /s/
HELEN L. GILBERT
Assistant United States Attorney

STIPULATION EXCLUDING TIME AND [PROPOSED] ORDER
Case No. CR 3-22-MJ-70962 MAG

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the upcoming status conference to November 13, 2024. The Court further finds that an exclusion of time from July 16, 2024 through November 13, 2024 is appropriate for effective preparation and continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 16, 2024 through November 13, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from July 16, 2024 through November 13, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:     July 16, 2024

HON. THOMAS S. HIXSON
United States Magistrate Judge