ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Helen.Gilbert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 3:22-MJ-70962 MAG |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE, EXCLUDING TIME AND [PROPOSED] ORDER |
| v. | |
| BRAIDEN CAROLL WILLIAMS, | |
| Defendant. | |

    The United States and defendant Braiden Caroll Williams, by and through their respective counsel, hereby stipulate as follows:

    1.    A status conference is scheduled in this case for November 13, 2024.

    2.    The defendant was previously ordered transported to the Eastern District of Pennsylvania in light of separate charges being filed in that district, where he remains in custody.

    3.    The parties intend to engage in discussions regarding a possible global resolution in this matter, to encompass both charges filed in this matter and charges filed in the Eastern District of Pennsylvania.

    4.    In light of this posture, the parties hereby stipulate and agree that the upcoming status

STIPULATION EXCLUDING TIME AND [PROPOSED] ORDER
Case No. CR 3-22-MJ-70962 MAG

1  conference should be continued by three weeks.  The parties propose that the status conference be set on
2  the duty calendar on December 4, 2024.

3       5.    Further, the parties jointly stipulate to exclude the time between November 13, 2024, and
4  December 4, 2024, from the time in which defendant must be brought to trial pursuant to the Speedy
5  Trial Act, 18 U.S.C. § 3131 *et al.*  Defense counsel continues to review discovery produced by the
6  United States and anticipates requiring additional time to review discovery and advise the defendant
7  regarding a possible resolution in this matter, particularly given the separate pending charges in the
8  Eastern District of Pennsylvania.  For this reason, the parties agree that excluding time until December
9  4, 2024, will allow for effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties
10 further stipulate and agree that the ends of justice served by excluding the time from November 13,
11 2024, through December 4, 2024 from computation under the Speedy Trial Act outweigh the best
12 interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

13      IT IS SO STIPULATED.

14 DATED: November 8, 2024                                     /s/
                                                      HELEN L. GILBERT
15                                                       Assistant United States Attorney

16
17 DATED: November 8, 2024                                     /s/
                                                      ELIZABETH FALK
18                                                       Counsel for Defendant Braiden Williams

19
20
                                     Attestation of Filer
21
22      In addition to myself, the other signatories to this document is <u>Elizabeth Falk</u>.  I attest that I have
her permission to enter a conformed signature on her behalf and to file this document.
23
24
25 DATED:  November 8, 2024                                    /s/
                                                      HELEN L. GILBERT
26                                                       Assistant United States Attorney
27
28

STIPULATION EXCLUDING TIME AND [PROPOSED] ORDER
Case No. CR 3-22-MJ-70962 MAG

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the upcoming status conference to December 4, 2024. The Court further finds that an exclusion of time from November 13, 2024 through December 4, 2024, is appropriate for effective preparation and continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 13, 2024 through December 4, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 13, 2024 through December 4, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: November 12, 2024

HON. THOMAS S. HIXSON
United States Magistrate Judge

STIPULATION EXCLUDING TIME AND [PROPOSED] ORDER
Case No. CR 3-22-MJ-70962 MAG